UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DARIAN McQUEEN,

        Defendant.

Case No. 21-cr-20362-2

Hon. Matthew F. Leitman
United States District Judge

## ORDER AUTHORIZING RULE 17 SUBPOEONA

For the reasons listed in the government's application, the Court authorizes the government to issue a subpoena to Enterprise Rent-A-Car requesting documentation for the rental of the car rented on July 15, 2024 related to the above-referenced matter pursuant to Federal Rules of Criminal Procedure 17 and Local Rule 17.

**IT IS SO ORDERED.**

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: December 2, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 2, 2024, by electronic means and/or ordinary mail.

        s/Holly A. Ryan
        Case Manager
        (313) 234-5126