UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 21-cr-20362-2
Hon. Matthew F. Leitman

v.

D2, DARIAN LAMAR MCQUEEN,

    Defendant.
_____/

## ORDER MODIFYING CONDITIONS OF BOND

**IT IS HEREBY ORDERED** that the conditions of Defendant's bond requiring him to (1) participate in home detention, and (2) submit to location monitoring, are **DELETED** and **ELIMINATED**.

**IT IS SO ORDERD**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 30, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 30, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126